107 F.3d 861
 Matthew Dix
v.
Gregory R. White, Superintendent at S.C.I. Pittsburgh, Harry
S. Callithen, Deputy Supt. of Facility Management at
S.C.I.P., Mary Jane DeGore, Unit Manager of (North Block) at
S.C.I. Pittsburgh, Martin F. Horn, Commissioner of
Pennsylvania Department of Correction, Robert S. Bitner,
Chairman-Central Office Review Committee (CORC), Nicholas P.
Muller, Chairman of Pennsylvania Board of Probation & Parole
(PBPP), Gary R. Lucht, Panel
 NO. 96-3561
 United States Court of Appeals,
Third Circuit.
 Feb 14, 1997
 
 Appeal From: W.D.Pa. ,No.95cv01472 ,
 Lancaster, J.
 
 
 1
 Affirmed.